IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | 1:13-CR-126 |
| | * | |
| TRACY DUPREE | * | |
| | * | |
| | * | |

ORDER

Presently before the Court is Defendant Tracy Dupree's "Motion for Sentence Reconsideration and/or Sentence Modification." (Doc. 38.) For the reasons below, the Court **DENIES** Defendant's motion.

On September 25, 2013, Tracy Dupree ("Dupree") pled guilty to Fraud and Related Activity in Connection with Access Devices. (Doc. 28.) That charged stemmed from Dupree's possession of more than fifteen pre-paid debit cards associated with a tax refund scheme. (See Doc. 1.) On May 21, 2014, this Court sentenced Dupree to forty-six (46) months' imprisonment. (Docs. 31, 32.) Additionally, on August 24, 2015, the Court denied Defendant's "Motion for a Judicial Recommendation" (Doc. 34) and a similar "Motion for Sentence Reconsideration and/or Sentence Modification" (Doc. 35).

In Dupree's present motion, she asks the Court to (1) release her for time served, (2) release her to home

confinement, or (3) reduce her remaining sentence by 12 months because, among other reasons, she is a first-time offender, has completed and continues to participate in a number of educational programs during her incarceration. (Doc. 38 at 5.) These requests are duplicative of her previous motion for sentence reconsideration (Doc. 35), which te Court denied in its Court's August 24, 2015 Order. (Doc. 37). To the extent Defendant seeks reconsideration of that Order, her request is **DENIED**.

Defendant does make one new request:

> I'm asking the Honorable Court to consider me for the Two-Point Reduction for (White Collar Crime). I'm aware that the Two-Point Reduction for (White Collar Crime) has not yet gone Retro-Active. I'm requesting that the Honorable Court [p]lease grant my motion for Sentence Modification based on the memorandum and information provided as well as including the (2-Point Reduction for White Collar Crime) once the law goes into affect [sic].

(Doc 38 at 2.) The Government treats Defendant's motion as calling for a sentencing reduction based on the 2015 amendments to U.S.S.G. §2B1.1 under 18 U.S.C. § 3582. (Doc. 39 at 2.) The Court agrees that Defendant's motion should be so interpreted.

"A district court may not modify a term of imprisonment once it has been imposed, except where expressly permitted by Federal Rule of Criminal Procedure 35 or by 18 U.S.C. § 3582, and a district court lacks 'inherent power' to resentence a

2

defendant." United States v. Barsena-Brito, 374 F. App'x 951, 951 (11th Cir. 2010) (citing United States v. Diaz-Clark, 292 F.3d 1310, 1315 (11th Cir. 2002)). "[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . ., the court may reduce the term of imprisonment . . . if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). The relevant policy statement is U.S.S.G. §1B1.10 (Reduction in Term of Imprisonment as a Result of Amended Guideline Range). That section provides that "[a] reduction in the defendant's term of imprisonment is not consistent with this policy statement, and therefore is not authorized under 18 U.S.C. § 3582(c)(2)" unless the amendment is listed in §1B.10(d). U.S.S.G. §1B1.10(a)(2)(A). Section 1B.10(d) contains amendments that have been made retroactive by the Sentencing Commission.

The Court interprets Defendant's motion to request a reduction in light of the 2015 amendments to U.S.S.G. §2B1.1. Section 1B1.10(d) does not include the 2015 amendments, and the Sentencing Commission does not currently intend to make the 2015 Amendments to § 2B1.1 retroactive. See Minutes of the April 9, 2015 United States Sentencing Commission Public Meeting 17-18. Accordingly, the Court lacks the power to reduce Defendant's

sentence. U.S.S.G. §1B1.10(a)(2). Therefore, the Court **DENIES** Defendant's motion.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of May 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

4